No. 59, Misc.   FARRELL *v.* O'BRIEN, WARDEN.   C. A. 1st Cir.   Certiorari denied.

No. 61, Misc.   WILLIAMS *v.* UNION RAILWAY Co. C. A. 6th Cir.   Certiorari denied.   *S. Shepherd Tate* for petitioner.   *Edward P. Russell* for respondent.

No. 63, Misc.   TERRY *v.* RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 64, Misc.   BURNS *v.* CRIMINAL COURT OF COOK COUNTY.   Criminal Court of Cook County, Illinois. Certiorari denied.

No. 67, Misc.   NELSON *v.* RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 68, Misc.   HIRONS *v.* WARDEN, MARYLAND PENITENTIARY.   Court of Appeals of Maryland.   Certiorari denied.

No. 69, Misc.   KENNEDY *v.* EIDSON, WARDEN.   Supreme Court of Missouri.   Certiorari denied.

No. 70, Misc.   O'NEILL *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 72, Misc.   COULTER ET AL. *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.   *William Richter* and *Robert W. Hicks* for petitioners.   *Frank S. Hogan* for respondent.

No. 73, Misc.   BORDAY *v.* BURKE, WARDEN.   Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.